1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

In Re: YAN SUI,

Debtor.

8:24-cr-00048-JAK

No. 8:22-cv-02191-JAK (AJRx)

Bankr. Case No. 8:11-bk-20448-SC

**ORDER SETTING STATUS CONFERENCE FOR CRIMINAL CONTEMPT PROCEEDINGS**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

On February 10, 2023, an Amended Order to Show Cause and Notice Charging Criminal Contempt issued. Dkt. 25 ("OSC"). The OSC charged Yan Sui ("Sui") with criminal contempt and set a status conference in which a trial date would be set. Dkt. 25 at 3. On February 17, 2023, Debtor Yan Sui filed a "Notice of Appeal From 'Amended Order to Show Cause and Notice Charging Criminal Contempt' Supported by a Declaration of Non-Frivolity Required by Ninth Circuit Pre-Filing Order 17-80091." Dkt. 30. On February 28, 2023, the Clerk's Office of the United States Court of Appeals for the Ninth Circuit notified Debtor that the appeal was assigned Case No. 23-55179 and would be reviewed by the Court to determine whether it would be permitted to proceed. Dkt. 35. In light of the Ninth Circuit proceedings, the status conference set to commence criminal contempt proceedings was taken off calendar. Dkt. 39.

On April 2, 2024, the Ninth Circuit issued an order denying Sui's appeal of the OSC. Dkt. 58 ("Because this court lacks jurisdiction over this appeal of the district court's February 10, 2023 order, this appeal will not be permitted to proceed. See 28 U.S.C. § 1291; *see also In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 23-55179 is therefore dismissed."). Accordingly, the criminal contempt proceedings shall now proceed, as follows:

1. Sui shall appear in person in Courtroom 10C, United States Courthouse, 350 West 1st Street, Los Angeles, California, on June 6, 2024, at 8:30 a.m. for a status conference. Failure to appear may result in the issuance of a bench warrant for Sui's arrest. Sui shall be prepared, at that time, to alert the Court whether he has retained counsel or whether appointed counsel is needed. During the status conference, the Court will set a trial date.

2. The Clerk of Court is directed to open a new criminal case and to assign the case to the undersigned district judge. The new criminal case shall contain (1) a copy of the Amended Order to Show Cause and Notice Charging Criminal Contempt (Dkt. 25); (2) a copy of the Order Accepting Report and

Recommendation to District Court for Withdrawal of Reference as to Determination of Criminal Contempt (Dkt. 23); and (3) a copy of the Report and Recommendation to District Court for Withdrawal of Reference as to Determination of Criminal Contempt (Dkt. 2).

3. The Clerk is further directed to submit a copy of this Order and the Amended Order to Show Cause and Notice Charging Criminal Contempt (Dkt. 25) to the United States Marshal for service upon Yan Sui at 27694 Emerald, Mission Viejo, CA 92691.

4. Pursuant to Rule 42(a)(2), the Court requests that the United States Attorney for the Central District of California, or his designee, prosecute this contempt of court charge. If, for any reason, the United States Attorney for the Central District of California declines this request, the Court will appoint another attorney to prosecute the contempt.

**IT IS SO ORDERED.**

Dated:  April 19, 2024

_____

John A. Kronstadt

United States District Judge

cc: United States Attorney

Criminal Intake

USM

3