Certificate of Compliance

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MATT COE-ODESS (Cal. Bar No. 313082)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8957
    E-mail:   matt.coe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 8:24-cr-00048-JAK |
|---|---|
| Plaintiff, | STATUS REPORT |
| v. | Status Conference Date: 8/22/2024 at 8:30 a.m. |
| YAN SUI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Matt Coe-Odess, hereby files its Status Report per the Court's Order:

    1.   On August 16, 2024, an indictment was filed against defendant in 2:24-cr-00498-JFW.  Defendant was charged with three counts of criminal contempt, in violation of 18 U.S.C § 401(3).

    2.   On August 19, 2024, the undersigned counsel filed his notice of appearance in 2:24-cr-00498-JFW.

    3.   Defendant has not yet made his initial appearance, and no dates have been set.

4. The government requests that the status conference currently set for August 22, 2024, continue as scheduled, and that defendant remain ordered to appear in person.

Dated: August 20, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


           /s/
MATT COE-ODESS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>PROOF OF SERVICE</u>

I, Cissye Tyus declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**Status Report**

service was served:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[**x**] Placed in a sealed envelope, for collection and mailing via United States mail, addressed as follows:

**Yan Sui**
**27694 Emerald**
**Mission Viejo, CA 92691**

    This certificate is executed on August 9, 2024, at Los Angeles, California.

    I certify under penalty of perjury that the foregoing is true and correct.

*Cissye Tyus*
Cissye Tyus
Legal Assistant