YAN SUI
27694 Emerald
Mission Viejo
CA92691
Defendant/Cross-Plaintiff
Tel: 949-903-6378
Email: dancalmlaoxu951@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
8/31/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA

| | |
|---|---|
| United States of America <br>                         Plaintiff <br>   v. <br> Yan Sui <br>            Defendant <br> _____ <br> Yan Sui <br>           Cross-Plaintiff <br><br>   v <br><br> United States of America <br><br>     Cross-Defendant, does 1-10 | Case No.:8:24-cr-00048 -JAK <br>     (2:24-cr-00498-JAK) <br> Assigned to: Hon. John A. Kronstadt <br><br> **DEFENDANT'S STATUS REPORT WHILE JURISDICTION IS UNDER CHALLENGE** <br><br> Pre-Trial Conference: Oct. 3, 2024 <br> Jury Trial Date:       Oct. 15, 2024 |

**TO HON. DISTRICT COURT JUDGE, JOHN A. KRONSTADT**

    Defendant Yan Sui does not waive the challenge to the jurisdiction of Court over the matter as stated ever since on June 20, 2024. Such challenge has been made on Aug. 22, 2024 both before Court and Hon. Castillo, Magistrate Judge.

    Nevertheless, Defendant Yan Sui files the instant status report:

    On June 19, 2024, defendant moved Court for an order to suppress the R&R of Bankruptcy Court, which presumably proffered as evidence initiating criminal

---

contempt. On Aug. 20, defendant moved plaintiff to disclose the grand jury transcript; on Aug. 21, defendant moves to change venue to Southern Div. and to dismiss the indictment. Plaintiff was ordered to respond by Sept. 5th initially. Later, Court grants plaintiff until Sept. 26, to respond. Court allows defendant to reply within 5 days.

      On Aug. 29, 2024, defendant filed at intake window a motion for order for reliefs that (1) to suppress the R&R; (2) to nullify the criminal contempt; and (3) dismiss indictment. At the window, defendant indicated to the clerk that it was filed under the criminal case and treat it as supplement argument. Defendant told the clerk not to file in the civil case of 8:22-cv-2191-JAK(JARx). It seems that this motion was not filed in 8:24-cr-48-JAK, but in 2:24-cr-498-JAK. On Aug. 29, 2024, defendant filed a "notice of errata" to correct an omission of Rule 18. It was filed both in case of "48" and "498." The hearing date was set for Sept. 12, 2024.

      With the anticipated ruling by Court, the pre-trial status conference date of Oct. 3, 2024 could be too soon. It is even truer that defendant has a pending cross-complaint against the plaintiff and civil discovery will be necessary. In order to save judicial resources, a continuance will be necessary.

DATED: Aug. 29, 2024                    Respectfully submitted,

By: / s / Yan Sui

_____

YAN SUI, defendant in pro se

## PROOF OF SERVICE
## Court Case No. 8:24-cr-0048-JAK

I am a resident in the County of Orange, State of California. I am over the age of 18 and not a party of the action. My residence address is: 27694 Emerald, Mission Viejo, CA92691.

The following document described as **"DEFENDANT'S STATUS REPORT WHILE JURISDICTION IS UNDER CHALLENGE"** will be served or was served on the plaintiff in this action through email address of: dancalmlaoxu951@ gmail.com.

On 8/31/2024, I served the following person (s) and/or entities at their known email addresses as listed in the Service List. Transmission time is before 6:30 p.m. of today's date:

Mathew Coe-Odess, Assistant Attorney of United States
312 N. Spring Street, Suite 1200,
Los Angeles, CA90012;
Tel: 213-894-2400; email addresses:
matt.coe@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31th day of Aug. 2024, in Mission Viejo, California.

By: / s /   Cindy Sui

_____
CINDY SUI

3